# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

MARK A. ROSEN
Direct dial: (973) 425-8753
mrosen@mdmc-law.com

October 26, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

**Via ECF**

Honorable Mary Kay Vyskocil U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Kiewit-Weeks-Massman v. Parsons Transportation Group of New York, Inc.
           Docket No.: 20 cv 7035

Dear Judge Vyskocil:

    We represent the plaintiff, Kiewit-Weeks-Massman ("KWM") in the above referenced matter.

    We are writing to request an adjournment of the initial pretrial conference scheduled for November 5, 2020 and a corresponding extension of the time to file the joint letter and proposed case management plan which is currently due on October 29, 2020, as set forth in the Court's order dated October 2, 2020.

    The reason for the adjournment request is that the defendant filed a counter claim with its answer on September 25, 2020.  Plaintiff requested, and the defendant consented to, an extension of time to November 20, 2020 to file its response to the counter claim.  The court has approved that request.  That was the first request for such an extension.

    The plaintiff's response to the counter claim could raise issues that might impact the proposed case management plan that the parties must submit.  That response may also raise issues that may have to be addressed in the joint letter or at the conference.  Accordingly, we are respectfully requesting that the conference and deadline for submission of the joint letter and proposed case management plan be rescheduled until after November 20, 2020, when plaintiff will file its response to the counter claim.  Counsel for defendant does not object to this request.

## MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Honorable Mary Kay Vyskocil U.S.D.J.
October 26, 2020
Page 2

This is the first request for an extension of these deadlines.

Thank you for your consideration.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

/s/ *Mark A. Rosen*

Mark A. Rosen

MAR/jk
cc:    Roy H. Schwartz, Esq.

---

**Granted. SO ORDERED.**
The Initial Pretrial Conference shall take place on December 3, 2020 at 11:30 AM.  Joint letter and proposed CMP due November 30, 2020.

Date: October 26, 2020
New York, New York

_____
Mary Kay Vyskocil
United States District Judge

Kiewit Weeks Massman- Letter to Judge Vyskocil